

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00800-CV

**IN RE** Chris **SCHUCHART**, Independent Executor of the Estate of
Thomas A. Russell a/k/a Thomas Anthony Russell, Sr., Deceased

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:　　　Catherine Stone, Chief Justice
　　　　　　　Sandee Bryan Marion, Justice
　　　　　　　Marialyn Barnard, Justice

Delivered and Filed:　January 23, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On November 28, 2012, Relator Chris Schuchart, Independent Executor of the Estate of

Thomas A. Russell a/k/a Thomas Anthony Russell, Sr., Deceased, filed a petition for writ of

mandamus. On January 10, 2013, the real parties in interest filed a joint response. The court has

considered both the petition and the response and is of the opinion that Relator is not entitled to

the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP.

P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. CCL09-7, styled *Patricia S. Russell v. Chris Schuchart, Independent Executor of the Estate of Thomas A. Russell a/k/a Thomas Anthony Russell, Sr., Deceased*, pending in the County Court at Law, Kerr County, Texas, the Honorable Spencer Brown presiding.